JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CUEVAS,<br><br>    Plaintiff,<br><br>vs.<br><br>BOBAS CUZ 1 LLC; JEFFREY BRODSLY,<br><br>    Defendants. | Case No.: 2:24-cv-04918-JFW (MAAx)<br><br>**Judgment Re: Default Judgment** |

Upon review of the court files, the motion for default judgment, the declarations submitted in support of the default judgment, and the evidence presented having been fully considered, it is hereby ordered and adjudged that Plaintiff JOSHUA CUEVAS shall have JUDGMENT in Plaintiff's favor in the amount of $2,905.00 as costs-and-fees award, and $4,000.00 in statutory damages, for a total of $6,905.00, against Defendant BOBAS CUZ 1 LLC.

Additionally, Defendant BOBAS CUZ 1 LLC is ordered to provide an accessible entrance at the property located at or about 325 E. High St., Moorpark, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

Dated: June 26, 2025

                                      John F. Walter
                                      United States District Judge